LAURETTA SAUERWEIN *v.* JAMES BELL ET AL.

The defendants Consolidated Freightways Inc. and Arthur James' petition for certification for appeal from the Appellate Court, 17 Conn. App. 697, is denied.

*Stefan R. Underhill,* in support of the petition.

*Timothy J. Hauburger,* in opposition.

Decided April 20, 1989

STATE OF CONNECTICUT *v.* DAISY HAMILTON

The State of Connecticut's petition for certification for appeal from the Appellate Court, 17 Conn. App. 385, is granted, limited to the following issues:

"Did the Appellate Court err in concluding that the seizure of the car keys used to unlock the van where the drugs were stored was not inadvertent and thus did not qualify as a plain view seizure?

"When in the course of a search pursuant to a warrant the police discover keys that may be used to unlock a van that is also authorized to be searched under the warrant, may the keys be seized for that purpose?"

*Frederick W. Fawcett,* assistant state's attorney, in support of the petition.

Decided April 26, 1989

EDWARD J. SEPERACK ET AL. *v.* EFFIE SOLAZ

The named plaintiff's petition for certification for appeal from the Appellate Court, 17 Conn. App. 684, is denied.

*Mary Ann Barile,* in support of the petition.

Decided April 26, 1989